IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TYLER STANLEY,

        Plaintiff,

v.

JOHN KIND,

        Defendant.

OPINION AND ORDER

19-cv-132-slc

---

*Pro se* plaintiff Tyler Stanley, who currently is incarcerated at Green Bay Correctional Institution (GBCI), is proceeding in this lawsuit against defendant John Kind, who allegedly ignored Stanley's reports that he was being threatened with physical harm. Stanley has two motions pending before the court: a July 15, 2019 motion to call Sgt. Singerstrom and Captain Jay Vanlanen as witnesses (dkt. 27), and an August 1, 2019 submission related to his efforts to obtain certain prison forms (dkt. 28). I am denying both motions.

Stanley's motions appear to be attempts to obtain discovery related to his claim against Kind. Discovery began two weeks ago, after my pretrial telephonic conference with Stanley and the defendant's attorneys on August 20, 2019. This was Tyler's second preliminary pretrial conference with this court: I also talked to Stanley on July 30, 2019 in his Case No. 19-cv-22-slc, in which he claims inadequate dental care. Tyler now has two copies of this court's preliminary pretrial conference order and has talked to me twice about how discovery works in federal civil lawsuits. Going forward, Stanley should direct his requests related to this lawsuit to defense counsel, and he should follow the Federal Rules of Civil Procedure related to discovery to collect potential

evidence to prepare those requests. At this point, I am denying Stanley's motions seeking documents and witnesses.

ORDER

IT IS ORDERED that plaintiff Tyler Stanley's motions (dkt. 27, 28) are DENIED without prejudice.

Entered this 4th day of September, 2019.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge