IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYLER STANLEY,

    Plaintiff,

  v.

JOHN KIND, FORMER WARDEN OF
GBCI, CATHY JESS, AND STEPHANIE
HOVE,

    Defendants.

Case No. 19-cv-132-slc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |